Form T13

| Case Number | United States Bankruptcy Court |
| --- | --- |
| 10–10818 AJ 13 | Northern District of California (Santa Rosa) |

**Order Discharging Trustee and Final Decree**

| In re: | Ericson Soliman Macaraig and Rachelle Patiu Macaraig | SSN/Tax ID | Address of Debtor(s) |
| --- | --- | --- | --- |
| | | xxx–xx–1890<br>xxx–xx–3981 | Ericson Soliman Macaraig<br>135 Summerwood Drive<br>American Canyon, CA 94503<br><br>Rachelle Patiu Macaraig<br>135 Summerwood Drive<br>American Canyon, CA 94503 |

The plan of the debtor(s) having been fully performed, and the estate of the above–named debtor(s) having been fully administered, it is ordered as follows:

1. David Burchard, Chapter 13 Standing Trustee is discharged as trustee after having fully performed his duties; and his bond is canceled.

2. This chapter 13 case is closed.

| | By the Court: |
| --- | --- |
| 99 South "E" Street<br>Santa Rosa, CA 95404 | Alan Jaroslovsky<br>United States Bankruptcy Judge    **Date:** 2/25/15 |